ANDERSON *v.* CHICAGO, MILWAUKEE & ST. PAUL RAIL-
WAY CO.

This case is controlled by *Anderson* v. *Railway Co.,* 208
Mich. 424.

Error to Ontonagon; Driscoll (George O.), J.   Sub-
mitted October 11, 1921.   (Docket No. 82.)   Decided
December 22, 1921.

Case by Robert E. Anderson against the Chicago,
Milwaukee & St. Paul Railway Company for failure
to furnish cars for the transportation of logs.   Judg-
ment for plaintiff.   Defendant brings error.   Af-
firmed.

*Leigh C. Caswell (J. N. Davis,* of counsel), for ap-
pellant.

*Van Slyck & Walsh,* for appellee.

WIEST, J.   This case has been here before and is
reported in 208 Mich. 424, and the statement there
made of the issues renders a statement here unneces-
sary.   We have carefully examined the record and
briefs and find that our former opinion fully covers
and determines all the points here presented.   The
exhaustive opinion of the court, written by Mr. Justice
FELLOWS, obviates the need of further discussion.   We
adhere to that opinion and the judgment is affirmed,
with costs to appellee.

STEERE, C. J., and STONE, CLARK, BIRD, and SHARPE,
JJ., concurred.   MOORE and FELLOWS, JJ., did not sit.